IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIJAH WILLIAMS, #165 095, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-896-TMH |
| | ) [WO] |
| | ) |
| GARY HETZEL, WARDEN, *et al.,* | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on January 9, 2009 (Doc. 13), and upon an independent review of the file in this case, it is CONSIDERED and ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 13) be ADOPTED;

2. The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Petitioner on November 2, 2008, be DENIED; and,

3. This cause of action be and the same is hereby DISMISSED with prejudice as time-barred.

Done this 27th day of January, 2009.

**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE