IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIJAH WILLIAMS, #165 095, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-896-TMH |
| ) | [WO] |
| ) | |
| GARY HETZEL, WARDEN, *et al.,* ) | |
| ) | |
| Respondents. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of Respondents and against Petitioner and that Petitioner take nothing by his said suit. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 27th day of January, 2009.

**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE